

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00132-CR

**GEORGE ELIAS GARCIA,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law No. 1
### Johnson County, Texas
### Trial Court No. M200801674

## MEMORANDUM OPINION

Appellant George Elias Garcia has filed a motion to dismiss this appeal under Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a); *Crawford v. State*, 226 S.W.3d 688, 688 (Tex. App.CWaco 2007, no pet.) (per curiam). We have not issued a decision in this appeal. The Clerk of this Court has sent a duplicate copy to the trial court clerk. *Id.*

Rule 42.2(a) requires an appellant to personally sign the motion. Garcia did not sign the motion. However, he stated on the record that he understood that his appeal

would be dismissed as part of a plea agreement with the State, and he stated that he wanted the appeal to be dismissed to effectuate this agreement. These statements provide a sufficient basis on which to dismiss the appeal. *See Hendrix v. State*, 86 S.W.3d 762, 763-64 (Tex. App.—Waco 2002, no pet.) (per curiam); *Conners v. State*, 966 S.W.2d 108, 110-11 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

Accordingly, the appeal is dismissed.


FELIPE REYNA
Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Appeal dismissed
Opinion delivered and filed August 19, 2009
Do not publish
[CR25]